# U.S. District Court
# Southern District of New York (Foley Square)
# CIVIL DOCKET FOR CASE #: 1:24−cv−00097−LTS

| | |
|---|---|
| Lee v. Brooklyn Hospital et al | Date Filed: 01/03/2024 |
| Assigned to: Judge Laura Taylor Swain | Date Terminated: 01/11/2024 |
| Cause: 42:1983 Civil Rights Act | Jury Demand: Plaintiff |
| | Nature of Suit: 440 Civil Rights: Other |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Brenda Lee**     represented by     **Brenda Lee**
200 Tillary St.
Rm 808, Bd 48
New York, NY 11201
(631) 912−6951
Email: bblessed790@yahoo.com
PRO SE

V.

**Defendant**

**Brooklyn Hospital**

**Defendant**

**Dr.**
*(Doctor) Brooklyn Hospital*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/03/2024 | 1 | COMPLAINT against Brooklyn Hospital, Dr. Document filed by Brenda Lee. (sac) (Entered: 01/05/2024) |
| 01/03/2024 | 2 | REQUEST TO PROCEED IN FORMA PAUPERIS. Document filed by Brenda Lee. (sac) (Entered: 01/05/2024) |
| 01/03/2024 | | Case Designated ECF. (sac) (Entered: 01/05/2024) |
| 01/03/2024 | 3 | PRO SE CONSENT TO RECEIVE ELECTRONIC SERVICE. The following party: Brenda Lee consents to receive electronic service via the ECF system. Document filed by Brenda Lee. (sac) (Entered: 01/05/2024) |
| 01/10/2024 | | NOTICE OF CASE REASSIGNMENT – SUA SPONTE to Judge Laura Taylor Swain. Judge Unassigned is no longer assigned to the case. (vba) (Entered: 01/10/2024) |
| 01/11/2024 | 4 | TRANSFER ORDER. The Clerk of Court is directed to transfer this action to the United States District Court for the Eastern District of New York. Whether Plaintiff should be permitted to proceed further without prepayment of fees is a determination to be made by the transferee court. A summons shall not issue from this Court. This order closes this case in this court. The Court certifies, under 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith, and therefore |

|  |  | in forma pauperis status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444–45 (1962). SO ORDERED. (Signed by Judge Laura Taylor Swain on 1/11/24) (yv) Transmission to Office of the Clerk of Court for processing. (Entered: 01/16/2024) |
| --- | --- | --- |
| 01/11/2024 | Ï | CASE TRANSFERRED OUT ELECTRONICALLY from the U.S.D.C. Southern District of New York to the United States District Court – District of Eastern District of New York.(yv) (Entered: 01/18/2024) |